UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>J&S EXCHANGE, INC.;<br>IVAN E. FRY; and<br>WILMA CHARLIEN PEAVLER,<br>as the Special Administrator<br>for the Estate of<br>CHRISTOPHER ALLEN RICHTER,<br><br>Defendants. | ) | Case No.: 17-CV-229-JHP |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FED.R.CIV.P. 41, Plaintiff, Progressive Northern Insurance Company ("Progressive"), voluntarily dismisses Defendant, Ivan E. Fry ("Fry"), and in support thereof, states as follows:

1. This declaratory judgment action was instituted by Progressive in order to obtain a judicial determination as to whether coverage exists under certain policies of insurance to respond to claims arising from an accident which occurred on July 7, 2014;

2. Fry is being provided both defense and indemnity coverage by Progressive under Policy No. 902648618 without reservation aside from Progressive's reservation of its rights to concerning any punitive or exemplary damages which may be awarded against Fry, for which no coverage exists under Policy No. 902648618;

3. Fry has not appeared in this matter, nor has he filed an Answer or other responsive pleading.

4. Fry has stipulated that he will be bound by the judicial determinations reached in this declaratory judgment action concerning what coverage, if any, exists under Policy No. 902648618 and Policy No. 08201121-2 to respond to claims arising from an accident which occurred on July 7, 2014;

5. As Fry has stipulated he will be bound by the judicial determinations reached in this declaratory judgment concerning what coverage, if any, exists under Policy No. 902648618 and Policy No. 08201121-2 to respond to claims arising from an accident which occurred on July 7, 2014, Progressive voluntarily dismisses Fry, without prejudice, from this action.

Respectfully submitted,

s/Dawn M. Goeres
Brad L. Roberson, OBA No. 18819
Dawn M. Goeres, OBA No. 21923
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone: 405-606-3333
Facsimile: 405-606-3334
Email: brad@pclaw.org
dawn@pclaw.org
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Frank Stout, Esquire
Brad W. Wicker, Esquire

s/ Dawn M. Goeres
For the Firm