**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

PROGRESSIVE NORTHERN INSURANCE COMPANY,

Plaintiff,

v.

J&S EXCHANGE, INC. and WILMA CHARLIEN PEAVLER, as the Special Administrator for the Estate of CHRISTOPHER ALLEN RICHTER,

Defendants.

Case No.: 17-CV-229-JHP

**ORDER**

This Court, having reviewed and considered the Joint Motion for Stay [Dkt. 43] of all deadlines set forth in [Dkt.26], the Amended Scheduling Order filed on January 17, 2018, hereby GRANTS the parties the relief sought and STAYS all deadlines in this matter. In the event the Court's ruling on Plaintiff's pending Motion for Summary Judgment does not result in the conclusion of this matter in full, the parties are to either request a lift of this stay or file a joint dismissal without prejudice within fourteen (14) days of the date on which the Court's ruling on Plaintiff's pending Motion for Summary Judgment is filed. If no joint dismissal without prejudice or request for lift of the stay is filed within fourteen (14) days of the date on which the Court's ruling on Plaintiff's pending Motion for Summary Judgment is filed, this matter will be administratively closed in accordance with LCvR 41.1.

Dated this 1st day of June, 2018.

James H. Payne
United States District Judge
Eastern District of Oklahoma